# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT GENE BAILEY,    )<br>       Plaintiffs,    )<br>    )<br>v.    )<br>    )<br>FELICA INGRAM, NORTH CAROLINA    )<br>DIVISION OF MOTOR VEHICLES, JOSEPH J.    )<br>GARDNER, BILL TOMAN, R.M. ASHLEY,    )<br>K.D. MACKEY, P.J. GRAHAM, RODNEY SMITH,    )<br>and UNKNOWN FEMALE OFFICER,    )<br>       Defendants.    ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09CV-370-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the court concludes that the Complaint is frivulous, and because Plaintiff has had seven previous actions dismissed either on the basis of frivolity, or for the failure to state a claim on which relief could be granted, this action is hereby DISMISSED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **October 9, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Robert Gene Bailey
Cumberland County Detention Center
204 Gillespie Street
Fayetteville, NC 28301


| | |
|---|---|
| October 9, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |